## ABERNATHY v. SANDOZ CHEMICALS/CLARIANT CORP.

No. 496P02

Case below: 151 N.C. App. 252

Petition by defendants (Sandoz Chemicals/Clariant Corporation and The Travelers Insurance Company) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002. Motion by plaintiff to deny petition for discretionary review dismissed as moot 21 November 2002.

## ALCHEMY COMMUNICATIONS CORP. v. PRESTON DEV. CO.

No. 80P02

Case below: 148 N.C. App. 219

Petition by defendant (Flora Development) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

## ANDERSON v. ASSIMOS

No. 621A01

Case below: 146 N.C. App. 339

Motion and amended motion by plaintiff to dismiss appeal and motion and amended motion by plaintiff to sanction appellants for failure to comply with the Rules of Appellate Procedure dismissed as moot 21 November 2002. Motion by amicus (North Carolina Academy of Trial Lawyers) for leave to submit affidavits dismissed as moot 21 November 2002. Motions by defendants to strike (portions of plaintiff appellee's brief), and to strike amicus curiae brief and attached appendix of the N.C. Academy of Trial Lawyers dismissed as moot 21 November 2002.

## ANDREWS v. ADMINISTRATIVE OFFICE OF THE COURTS

No. 349P02

Case below: 150 N.C. App. 713

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Chief Justice Lake and Justice Martin recused.